ABRAHAM ELTERMAN, Appellant, v. JACOB HYMAN, Respondent.

Reported below, 117 App. Div. 519.
(Submitted May 6, 1907; decided May 10, 1907.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 8, 1907, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term.

The motion was made upon the grounds that the appeal was unauthorized, it being from an unanimous affirmance by the Appellate Division and permission to appeal not having been obtained.

*Isidor Wasservogel* for motion.

*Edward W. S. Johnston* opposed.

Motion denied, with ten dollars costs.